UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOWN AND COUNTY OF NANTUCKET, MASSACHUSETTS,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>DOUGLAS BURGUM, Secretary of the Interior; U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>　　　　*Defendants,*<br><br>　and<br><br>SOUTHCOAST WIND ENERGY LLC,<br><br>　　　　*Proposed Defendant-Intervenor.* | Case No.: 1:25-cv-00906 |

## MOTION TO INTERVENE OF SOUTHCOAST WIND ENERGY LLC

SouthCoast Wind Energy LLC ("SouthCoast Wind") respectfully moves to intervene as of right as a defendant in this case pursuant to Federal Rule of Civil Procedure 24(a)(2) or, alternatively, seeks permissive intervention pursuant to Rule 24(b). In accordance with Local Civil Rule 7, in support of its Motion, SouthCoast Wind concurrently files its statement of points and authorities, Declaration of Michael Brown, proposed Answer to Plaintiff's Complaint, and proposed Order.

SouthCoast Wind respectfully requests that the Court grant this Motion to Intervene. Pursuant to Local Civil Rule 7(m), counsel for SouthCoast Wind has conferred with all parties regarding this Motion. Plaintiff takes no position on SouthCoast Wind's intervention. As of the date of this Motion, Federal Defendants have not yet filed an appearance in this matter.

Date:   April 8, 2025                              Respectfully submitted,

                                                   HOLLAND & KNIGHT LLP


                                                   By: */s/ Rafe Petersen*

                                                   Rafe Petersen (Bar ID Number: 465542)
                                                   Alexandra E. Ward (Bar ID Number: 1687003)
                                                   800 17th Street NW, #1100
                                                   Washington, D.C. 20006
                                                   Rafe.Petersen@hklaw.com
                                                   T: (202) 419-2481
                                                   F: (202) 955-5564

                                                   *Counsel for Proposed Defendant-Intervenor*
                                                   *SouthCoast Wind Energy LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2025, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

HOLLAND & KNIGHT LLP

By: */s/ Rafe Petersen*

Rafe Petersen (Bar ID Number: 465542)
Alexandra E. Ward (Bar ID Number: 1688003)
800 17th Street NW, #1100
Washington, D.C. 20006
Rafe.Petersen@hklaw.com
T: (202) 419-2481
F: (202) 955-5564

*Counsel for Proposed Defendant-Intervenor SouthCoast Wind Energy LLC*