# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOWN AND COUNTY OF NANTUCKET, MASSACHUSETTS,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUGLAS BURGUM, Secretary of the Interior; U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>*Defendants,*<br><br>and<br><br>SOUTHCOAST WIND ENERGY LLC,<br><br>*Proposed Defendant-Intervenor.* | Case No.: 1:25-cv-00906 |

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE

Upon consideration of the Motion to Intervene filed by SouthCoast Wind Energy LLC ("SouthCoast Wind") and any response thereto, it is **HEREBY ORDERED** that:

1. SouthCoast Wind's Motion to Intervene is **GRANTED**; and

2. SouthCoast Wind may file its proposed Answer in the above-captioned case.

**IT IS SO ORDERED** on this ___ day of _____, 2025.

_____
Judge Tanya S. Chutkan
U.S. District Judge

2

**PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

Pursuant to Local Civil Rule 7(k), the names and addresses of the parties to be notified upon entry of this Proposed Order as listed below:

William Jackson Cook
CULTURAL HERITAGE PARTNERS, PLLC
2101 L Street N.W., Suite 800
Washington, D.C. 20037
will@culturalheritagepartners.com
T: (843) 801-3366
F: (866) 875-6492

*Counsel for Plaintiff Town and County*
*of Nantucket, Massachusetts*

U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026

*Counsel for Defendants Douglas Burgum,*
*U.S. Department of Interior, and*
*Bureau of Ocean Energy Management*

Rafe Petersen
Alexandra E. Ward
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Rafe.Petersen@hklaw.com
T: (202) 419-2481
F: (202) 955-5564

*Counsel for Proposed Defendant-Intervenor*
*SouthCoast Wind Energy LLC*

2

#519372962_v4