IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TOWN AND COUNTY OF NANTUCKET,**<br>Plaintiff,<br><br>v.<br><br>**DOUG BURGUM, et al.,**<br>Defendants. | Case No. 1:25-cv-00906-TSC |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Federal Defendants hereby move for a 90-day extension of their deadline to respond to Plaintiff's Complaint, which is currently due on June 9, to September 5. Neither Plaintiffs nor proposed Defendant-Intervenor Southcoast Wind Energy LLC oppose this motion.[1] This is Federal Defendants' first extension request, and there are no other deadlines currently set in this case that the requested extension would affect.

Good cause exists for the requested extension. Federal Defendants require additional time to review the Complaint and prepare a response. Among other things, undersigned counsel currently has summary judgment briefs due on June 5 and June 17.

Respectfully submitted: May 28, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Matthew Marinelli*
Matthew Marinelli
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611

[1] Federal Defendants take no position regarding SouthCoast Wind Energy LLC's motion to intervene. ECF No. 6.

Washington, DC 20044-7611
Tel: (202) 305-0293
Fax: (202) 305-0506
matthew.marinelli@usdoj.gov

*Attorney for Federal Defendants*