IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TOWN AND COUNTY OF NANTUCKET,**<br><br>           Plaintiff,<br><br>  v.<br><br>**DOUG BURGUM, et al.,**<br><br>           Defendants. | Case No. 1:25-cv-00906-TSC |

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO DEFER THE DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Having considered Federal Defendants' Motion to Defer the Deadline to Respond to Plaintiff's Complaint and having found good cause shown, the motion is **GRANTED**.

Federal Defendants shall respond to Plaintiff's Complaint twenty-one days after either (i) the Court rules on Federal Defendant's forthcoming motion for voluntary remand, or (ii) if the Court grants the remand and enters a stay, twenty-one days after the say is lifted.

**SO ORDERED** this _____ day of August, 2025.

 

                                                          **TANYA S. CHUTKAN**
                                                          United States District Judge