UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOWN AND COUNTY OF NANTUCKET, MASSACHUSETTS,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUGLAS BURGUM, Secretary of the Interior;<br>U.S. DEPARTMENT OF THE INTERIOR;<br>BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>*Defendants,*<br><br>and<br><br>SOUTHCOAST WIND ENERGY LLC,<br><br>*Defendant-Intervenor.* | Case No.: 1:25-cv-00906-TSC |

**DECLARATION OF JENNIFER FLOOD IN SUPPORT OF SOUTHCOAST WIND ENERGY LLC'S REPLY TO FEDERAL DEFENDANTS' OPPOSITION TO MOTION TO COMPEL THE ADMINISTRATIVE RECORD**

Pursuant to 28 U.S.C. § 1746(2), I, Jennifer Flood, hereby declare:

1. I am employed by OW North America LLC ("Ocean Winds") as the Head of Permitting and Stakeholders and simultaneously I serve as the Director of Permitting and Stakeholders of SouthCoast Wind Energy LLC ("SouthCoast Wind") which is developing the commercial-scale wind farm and export cable corridors (together, the "Project") at issue in this matter. I have been employed by Ocean Winds since April 2024.

2. Collectively, I have worked on the Project for over six years, and I have over nine years of professional experience in the renewable energy field. Ocean Winds and its affiliate companies develop, construct, and operate offshore wind farms that provide energy products to their customers. As Head of Permitting and Stakeholders for Ocean Winds, I am and have been involved in, and aware of, negotiation and management of commercial and real estate agreements; local, state,

and federal permitting; stakeholder and market affairs management; cable and interconnection facility siting; project layout and design; and site investigation activities for the Project. I am therefore personally familiar with SouthCoast Wind's environmental permitting and development history.

3. I execute this Declaration in support of SouthCoast Wind's Reply to Federal Defendants' Opposition to the Motion to Compel the Administrative Record ("Motion to Compel") filed by SouthCoast Wind in this case. This Declaration is based on my personal knowledge of the matters referred to herein and, if called upon to do so, I could and would testify truthfully thereto.

4. SouthCoast Wind is a wholly-owned subsidiary of Ocean Winds. SouthCoast Wind was formerly known as Mayflower Wind Energy LLC, and formally changed its name in February 2023. SouthCoast Wind and its affiliates have worked to obtain the Bureau of Ocean Energy Management ("BOEM") lease and approvals for the Project, and have been developing the Project for almost seven years.

5. Following over six years of collaboration with BOEM and other federal and state agencies – including development of voluminous technical and scientific submissions and participation in public consultation and review processes – BOEM issued a final Record for Decision ("ROD") for the Project on December 20, 2024. The ROD memorialized BOEM's review of the Project's potential impacts to environmental and historic resources under the National Environmental Policy Act ("NEPA") and National Historic Preservation Act ("NHPA").

6. Plaintiff's Complaint challenges BOEM's issuance of the ROD and the agency's underlying NEPA and NHPA reviews. Therefore, the Administrative Record sought by SouthCoast Wind in its Motion to Compel includes the documents considered, directly or indirectly, by the agency related to BOEM's issuance and approval of the ROD and EIS under the NEPA and NHPA review processes.

7. SouthCoast Wind has been funding the compiling and preparation of the

Administrative Record by BOEM's third-party vendor, ICF, throughout the NEPA process. Since November 2024 alone, SouthCoast Wind has paid ICF more than $67,000 to prepare the Administrative Record on BOEM's behalf. This includes over $20,000 spent specifically on compiling the Administrative Record of the NHPA Section 106 consultation process, and on documents protected under NHPA Section 304.

8.   Therefore, based on my personal knowledge, the Administrative Record sought by SouthCoast Wind's Motion to Compel has been in the process of being prepared for several years at SouthCoast Wind's expense and is ready to be disseminated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2025.

Signed by:

*Jennifer Flood*
46A2F89E385A420...

Jennifer Flood
Head of Permitting and Stakeholders

3