UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOWN AND COUNTY OF NANTUCKET, MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>DOUG BURGUM, et al.,<br><br>Defendants,<br><br>and<br><br>SOUTHCOAST ENERGY LLC,<br><br>Defendants-Intervenor. | Case No. 1:25-cv-00906 |

**PLAINTIFF'S RESPONSE TO FEDERAL DEFENDANTS' MOTION AND MEMORANDUM IN SUPPORT OF VOLUNTARY REMAND AND STAY**

Plaintiff Town and County of Nantucket, Massachusetts, has appealed the Bureau of Ocean Energy Management's (BOEM's) permitting review of SouthCoast Wind as indicated in the Complaint. Dck. No. 1. As noted in the Complaint and Federal Defendants' Motion and Memorandum in Support of Voluntary Remand and Stay, Dck. No. 21, BOEM's Record of Decision violated the National Historic Preservation Act, National Environmental Policy Act, and Administrative Procedure Act. Since these violations require remand to allow BOEM to correct its errors—the gist of the relief sought by Plaintiff—Plaintiff supports the Federal Defendants' request for voluntary remand.

/s/ Gregory Alan Werkheiser
GREGORY ALAN WERKHEISER, Bar ID VA210
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A

Richmond, VA 23223
Tel: (202) 567-7594
Email: greg@culturalheritagepartners.com

KATHERINE LEE SORRELL
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
Email: katherine@culturalheritagepartners.com
*Pro Hac Vice*


Dated: October 1, 2025