# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOWN AND COUNTY OF NANTUCKET, MASSACHUSETTS,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUGLAS BURGUM, Secretary of the Interior; U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>*Defendants,*<br><br>and<br><br>SOUTHCOAST WIND ENERGY LLC,<br><br>*Defendant-Intervenor.* | Case No.: 1:25-cv-00906-TSC |

**DEFENDANT-INTERVENOR SOUTHCOAST WIND ENERGY LLC'S EXPEDITED REQUEST FOR RELIEF FROM STANDING ORDER 25-55**

On October 1, 2025, Chief Judge James Boasberg issued Standing Order No. 25-55 which ordered that, in civil matters pending in this Court, all filing and discovery deadlines imposed upon the United States shall be extended by a certain number of days, depending on the length of the current lapse in appropriations.[1] Defendant-Intervenor SouthCoast Wind Energy LLC ("SouthCoast Wind") respectfully requests relief from Standing Order No. 25-55, pursuant to Paragraph 2 of the Order, related to Federal Defendants' Motion for Voluntary Remand and Stay ("Motion for Remand") in this matter. Dkt. No. 21.

Federal Defendants' Motion for Remand was filed on September 18, 2025. Dkt. No. 21. Pursuant to Local Rule 7(b), SouthCoast Wind filed a Response in Opposition to Federal Defendants' Motion for Remand ("Opposition") on October 2, 2025. Dkt. No. 26. As set forth in SouthCoast Wind's Opposition, Federal Defendants' unlawful and deliberate delay tactics in this litigation have already caused harm and continue to cause harm to SouthCoast Wind's substantial interests in its offshore wind project ("Project"), which is the subject of this proceeding. Therefore, any further delay of these proceedings would cause significant prejudice to SouthCoast Wind.

Local Rule 7(d) requires that any reply memorandum be filed seven (7) after service of a memorandum in opposition. Thus, to the extent Federal Defendants wish to file a reply memorandum – which is merely optional – it should be due no later than October 9, 2025. Federal Defendants would not be prejudiced by such an Order as the United States Department of Justice's FY2026 Contingency Plan states that, beginning October 1, 2025, 89% of on-board employees are exempted from furlough during a lapse in appropriations.[2]

---

[1] In re: Stay of Civil Proceedings Involving the United States in Light of Lapse of Appropriations, Standing Order No. 25-55 (D.D.C. Oct. 1, 2025).
[2] See U.S. DOJ, U.S. Department of Justice FY 2026 Contingency Plan (Sept. 29, 2025), available at https://www.justice.gov/jmd/media/1377216/dl .

Accordingly, the Court should grant SouthCoast Wind relief from Standing Order 25-55 and order Federal Defendants to file their optional reply memorandum no later than October 9, 2025, pursuant to Local Rule 7(d).[3]

Pursuant to Local Rule 7(m), SouthCoast Wind reached out to counsel for Plaintiff and Federal Defendants to confer but had yet to receive a response at the time of filing this Expedited Request.

## **CONCLUSION**

For the foregoing reasons, SouthCoast Wind respectfully requests that the Court grant relief from Standing Order 25-55 and order Federal Defendants to file any optional reply memorandum in support of their pending Motion for Remand no later than October 9, 2025.

HOLLAND & KNIGHT LLP

By: */s/ Rafe Petersen*

Rafe Petersen (Bar ID Number: 465542)
Alexandra E. Ward (Bar ID Number: 1687003)
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Rafe.Petersen@hklaw.com
T: (202) 419-2481
F: (202) 955-5564

*Counsel for Defendant-Intervenor
SouthCoast Wind Energy LLC*

---

[3] SouthCoast Wind also notes that, in a similar proceeding pending before the District Court of Maryland related to the U.S. Wind Project, where Federal Defendants filed a Motion to Stay In Light of the Lapse of Appropriations, while this Motion for Remand was pending. *See* Motion to Stay In Light of the Lapse of Appropriations*, Mayor and City Council of Ocean City, Maryland v. U.S. Dep't of Interior, et al*., Case No. 1:24-cv-3111 (D. Md. Oct. 2, 2025). The Court denied Federal Defendants' Motion to Stay that same day, and noted that it would consider the parties' positions at an upcoming status conference. *See* Paperless Order Denying Motion to Stay, Case No. 1:24-cv-3111 (D. Md. Oct. 2, 2025) (Dkt. No. 88).

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

HOLLAND & KNIGHT LLP

By: */s/ Rafe Petersen*

Rafe Petersen (Bar ID Number: 465542)
Alexandra E. Ward (Bar ID Number: 1687003)
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Rafe.Petersen@hklaw.com
Alexandra.ward@hklaw.com
T: (202) 419-2481
F: (202) 955-5564

*Counsel for Defendant-Intervenor*
*SouthCoast Wind Energy LLC*