UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOWN AND COUNTY OF NANTUCKET, MASSACHUSETTS,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUGLAS BURGUM, Secretary of the Interior; U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>*Defendants,*<br><br>and<br><br>SOUTHCOAST WIND ENERGY LLC,<br><br>*Defendant-Intervenor.* | Case No.: 1:25-cv-00906-TSC |

**[PROPOSED] ORDER GRANTING EXPEDITED REQUEST FOR RELIEF FROM STANDING ORDER 25-55**

Upon consideration of Defendant-Intervenor SouthCoast Wind Energy LLC's ("SouthCoast Wind") Expedited Request for Relief from Standing Order 25-55 and any response thereto, it is **HEREBY ORDERED** that:

1. SouthCoast Wind's Expedited Request for Relief is **GRANTED**; and

2. Pursuant to Local Rule 7(d), Federal Defendants must file a reply memorandum in support of their Motion for Voluntary Remand and Stay, if any, by **October 9, 2025**.

**IT IS SO ORDERED** on this ___ day of _____, 2025.

_____
Judge Tanya S. Chutkan
U.S. District Judge

#528126143_v1