UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOWN AND COUNTY OF NANTUCKET, MASSACHUSETTS, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DOUG BURGUM, Secretary of the Interior; )<br>U.S. DEPARTMENT OF THE INTERIOR; )<br>BUREAU OF OCEAN ENERGY )<br>MANAGEMENT )<br>)<br>*Defendants*, )<br>)<br>and )<br>)<br>SOUTHCOAST ENERGY LLC, )<br>)<br>*Defendants-Intervenor*. ) | Case No. 1:25-cv-00906-TSC |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Gregory Alan Werkheiser, am a member in good standing of the bar of this Court. I am moving for the admission of Marion Forsyth Werkheiser to appear *pro hac vice* in this case as counsel for the Town and County of Nantucket, Massachusetts.

In support of this Motion, we certify that:

1. The proposed admittee is a member of good standing in the Bars of Virginia, California, District of Columbia, and the U.S. District Court for the Eastern District of Virginia.

2. No disciplinary proceedings are pending against the proposed admittee in any jurisdiction and no discipline has previously been imposed on the proposed admittee in any jurisdiction.

3. The proposed admittee is familiar with the Rules of Professional Conduct, Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands that she shall be subject to disciplinary jurisdiction of this Court.

4. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

5. The proposed admittee applied for formal admission to the bar of this Court on October 9, 2025.

6. The undersigned movant is a member of this Court in good standing and will serve as co-counsel in these proceedings.

7. The proposed admittee agrees to pay the $100 admission *pro hac vice* contemporaneously upon filing of this Motion.

We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Dated: October 9, 2025

        MOVANT

        /s/ Gregory Alan Werkheiser
        GREGORY ALAN WERKHEISER
        BAR ID VA210
        CULTURAL HERITAGE PARTNERS, PLLC
        1811 East Grace Street, Suite A
        Richmond, VA 23223
        Tel: (202) 567-7594
        Email: greg@culturalheritagepartners.com

        PROPOSED ADMITTEE

        /s/ Marion Forsyth Werkheiser
        MARION FORSYTH WERKHEISER

CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
Email:
marion@culturalheritagepartners.com

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

TOWN AND COUNTY OF NANTUCKET, MASSACHUSETTS )
  Plaintiff(s) )
  )
vs. ) Case Number: 1:25-cv-00906-TSC
  )
DOUG BURGUM, et al. )
  Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:  Marion Forsyth Werkheiser

2. State bar membership number:  Virginia State Bar, Bar No. 65454

3. Business address, telephone and fax numbers:
   1811 E Grace St STE A, Richmond, VA 23223, T: 202-567-7594, F: 866-875-6492

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Virginia; California; Washington, D.C.; Virginia Eastern District Court

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ✔

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ✔

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

10/08/2025
DATE

_Marion F. Weithorn_
SIGNATURE OF ATTORNEY

2

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **MARION FORSYTH WERKHEISER** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MARION FORSYTH WERKHEISER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2003**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued October 7, 2025

*DaVida M. Davis*

DaVida M. Davis
**Director of Regulatory Compliance**