AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| TOWN AND COUNTY OF NANTUCKET, MASSACHUSETTS<br>*Plaintiff*<br>v.<br>DOUG BURGUM, et al.<br>*Defendant* | )<br>)<br>)  Case No. 1:25-cv-00906-TSC<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Town and County of Nantucket, Massachusetts.

Date: 10/15/2025

/s/ Marion Forsyth Werkheiser
*Attorney's signature*

Marion Forsyth Werkheiser, DC Bar No. 486465
*Printed name and bar number*

1811 E Grace Street, Ste A
Richmond, VA 23223

*Address*

marion@culturalheritagepartners.com
*E-mail address*

(202) 567-7594
*Telephone number*

(866) 875-6492
*FAX number*