IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Town and County of Nantucket,**<br><br>    Plaintiff,<br><br>v.<br><br>**Doug Burgum, et al.,**<br><br>    Defendants. | Case No. 1:25-cv-00906-TSC |

**JOINT STATUS REPORT**

The parties submit this joint status report in response to the Court's November 4, 2025, Order (Dkt. No. 31). In that Order, the Court granted Federal Defendants' motion to remand the Department of the Interior's prior approval of the Construction and Operations Plan (COP) for the SouthCoast offshore wind energy project. That prior COP approval is the final agency action that Plaintiff challenges in this Administrative Procedure Act case. In that same November Order, the Court stayed the litigation. *See* Dkt. No. 31.

At the time of the Court's Order, appropriations had yet to be restored from the lapse in federal appropriations that began on October 1. Appropriations were restored on the evening of November 12.

The Department of the Interior reports that, since November 12, it is still in the early stages of coordinating the planned reevaluations of the SouthCoast COP approval and the COP approvals for more than six other offshore wind energy projects. Each of those reevaluations requires the time and resources of largely the same staff. Further, as the Department of the Interior disclosed in its remand motion, Interior is deliberating on a potential regulatory amendment related to the relevant provision of the Outer Continental Shelf Lands Act. *See* Decl.

of Matthew Giacona ¶ 18, Dkt. No. 21-1.  There are also at least thirteen other district court cases (some consolidated) challenging many of the prior COP approvals that Interior is intending to reevaluate.  Some of those cases are formally or effectively stayed; some have remand motions pending; and some are in active litigation.  Those cases continue to demand resources from the relevant staff at the Department of the Interior. Thus, it remains difficult to calculate a timeline within which Interior would complete its reevaluation of the SouthCoast COP approval; however, Interior will strive to have a timeline determined on or before the filing of the next joint status report on March 4, 2026.  Interior has not yet determined whether its reevaluation will require further review under the National Environmental Policy Act or National Historic Preservation Act.

      Plaintiff Town of Nantucket looks forward to engaging in a meaningful consultation process with BOEM as it reevaluates the SouthCoast COP approval. The Town has not yet received notice from BOEM to initiate this consultation. Nantucket officials have prepared a robust list of priorities, concerns, and recommendations for BOEM to address during these discussions in anticipation that BOEM will engage the Town early and often in this process to address Plaintiff's concerns. The Town notes that the Court stated in its November 4, 2025, Order (Dkt. No. 31), "'BOEM will also need to consider the sufficiency of its environmental review,' including under the National Environmental Policy Act and the National Historic Preservation Act."

January 5, 2026

                                                ADAM R.F. GUSTAFSON
                                                Principal Deputy Assistant Attorney General

                                                *s/ Kristofor R. Swanson*
                                                KRISTOFOR R. SWANSON
                                                United States Department of Justice

Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-1937
kristofor.swanson@usdoj.gov

*Attorney for Federal Defendants*


GREGORY ALAN WERKHEISER, Bar ID VA210
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
Email: greg@culturalheritagepartners.com

 *s/ Katherine Lee Sorrell (w/ permission)*
KATHERINE LEE SORRELL
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
Email: katherine@culturalheritagepartners.com

MARION FORSYTH WERKHEISER
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
Email: marion@culturalheritagepartners.com

*Attorneys for Plaintiff*


HOLLAND & KNIGHT LLP

By: */s/ Rafe Petersen* (w/ permission
Rafe Petersen (Bar ID Number: 465542)
Alexandra E. Ward (Bar ID Number:

1687003)
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Rafe.Petersen@hklaw.com
Alexandra.ward@hklaw.com
T: (202) 419-2481
F: (202) 955-5564

*Counsel for Defendant-Intervenor
SouthCoast Wind Energy LLC*

Case 1:25-cv-00906-TSC    Document 32    Filed 01/05/26    Page 4 of 4