IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Town and County of Nantucket,**<br><br>  Plaintiff,<br><br>v.<br><br>**Doug Burgum, et al.,**<br><br>  Defendants. | Case No. 1:25-cv-00906-TSC |

**SECOND JOINT STATUS REPORT**

The parties submit this second joint status report in response to the Court's November 4, 2025, Order (Dkt. No. 31). In that Order, the Court granted Federal Defendants' motion to remand the Department of the Interior's prior approval of the Construction and Operations Plan (COP) for the SouthCoast offshore wind energy project. That prior COP approval is the final agency action that Plaintiff challenges in this Administrative Procedure Act case. In that same November Order, the Court stayed the litigation. *See* Dkt. No. 31.

In the last report (Dkt. No. 32), Federal Defendants reported that they were in the process of developing a timeline for the reevaluation on remand, and that they had not yet determined whether the reevaluation will require further review under the National Environmental Policy Act or National Historic Preservation Act. Since the last report, Federal Defendants and representatives for Defendant-Intervenor SouthCoast Wind Energy LLC have met to discuss the project and the Outer Continental Shelf lease on which it would be constructed. Circumstances may evolve in a manner that informs whether reevaluation of the prior COP approval is required. Federal Defendants are therefore continuing to evaluate the relevant considerations and have not established a timeline or process for reevaluation at this time. Federal Defendants expect to

provide further information in the next joint status report, as appropriate.

Plaintiff Town of Nantucket (the "Town") respectfully submits that if the discussions between the Federal Defendants and Defendant-Intervenor SouthCoast Wind Energy LLC do not result in an outcome that resolves this case, then it would be appropriate for Federal Defendants' to propose a reevaluation timeline that includes review of the COP and meaningful consultation with the Town. Plaintiff notes that the Court specifically stated that the Bureau of Ocean Energy Management ("BOEM") "'will also need to consider the sufficiency of its environmental review,' including under the National Environmental Policy Act and the National Historic Preservation Act." (Dkt. No. 31). The Town remains committed to an efficient and productive effort to resolve the underlying issues in BOEM's original COP approval.

March 4, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

 s/ Kristofor R. Swanson
KRISTOFOR R. SWANSON
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-1937
kristofor.swanson@usdoj.gov

*Attorney for Federal Defendants*

GREGORY ALAN WERKHEISER, Bar ID VA210
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594

Email: greg@culturalheritagepartners.com

_s/ Katherine Lee Sorrell (w/ permission)_
KATHERINE LEE SORRELL
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
Email: katherine@culturalheritagepartners.com

MARION FORSYTH WERKHEISER
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
Email: marion@culturalheritagepartners.com

*Attorneys for Plaintiff*


HOLLAND & KNIGHT LLP

By: _s/ Rafe Peterson (w/ permission)_
Rafe Petersen (Bar ID Number: 465542)
Alexandra E. Ward (Bar ID Number: 1687003)
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Rafe.Petersen@hklaw.com
Alexandra.ward@hklaw.com
T: (202) 419-2481
F: (202) 955-5564

*Counsel for Defendant-Intervenor SouthCoast Wind Energy LLC*