IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Town and County of Nantucket,** | |
| Plaintiff, | Case No. 1:25-cv-00906-TSC |
| v. | |
| **Doug Burgum, et al.,** | |
| Defendants. | |

### THIRD JOINT STATUS REPORT

The parties submit this third joint status report in response to the Court's November 4, 2025, Order (Dkt. No. 31).  In that Order, the Court granted Federal Defendants' motion to remand the Department of the Interior's prior approval of the Construction and Operations Plan (COP) for the SouthCoast offshore wind energy project.  That prior COP approval is the final agency action that Plaintiff challenges in this Administrative Procedure Act case.  In that same November Order, the Court stayed the litigation.  *See* Dkt. No. 31.

In the last report (Dkt. No. 34), Federal Defendants and Defendant-Intervenor SouthCoast Wind Energy LLC reported that their respective representatives had met to discuss the project and the Outer Continental Shelf Lease on which it would be constructed.  Given that those circumstances could evolve in a manner that informs the need for reevaluation of the COP approval, Federal Defendants were continuing to evaluate the relevant considerations and had not yet established a timeline for the COP approval reevaluation.

Since the last report, Federal Defendants and Defendant-Intervenor have held continued discussions and made progress.  Federal Defendants have prioritized those discussions over COP approval reevaluation.

1

Further, on April 21, the United States District Court for the District of Massachusetts issued a preliminary injunction on behalf of several organizational plaintiffs' members and against the Department of the Interior and U.S. Army Corps of Engineers in a case challenging several alleged agency actions related to the Department of Interior's process for reviewing solar and wind energy projects.  *See RENEW Northeast v. U.S. Dep't of the Interior*, No. 25-cv-13961-DJC, 2026 WL 1078282, at *1 (D. Mass. Apr. 21, 2026) (memorandum opinion); Order, *RENEW Northeast*, No. 25-cv-13961-DJC, Dkt. No. 90 (D. Mass. April 21, 2026) (injunction). Federal Defendants are still reviewing and analyzing the order and opinion.  But the preliminary injunction potentially reaches the Department of the Interior's reconsideration of the COP approval that is the subject of this Court's remand order.  Given this new development, Federal Defendants are unable to articulate a timeline for any completion of the remand at this time.

Plaintiff Town of Nantucket (the "Town") respectfully submits that if the discussions between the Federal Defendants and Defendant-Intervenor SouthCoast Wind Energy LLC do not result in an outcome that resolves this case, then it would be appropriate for Federal Defendants to propose a reevaluation timeline that includes review of the COP and meaningful consultation with the Town. If the Federal Defendants maintain that the *RENEW Northeast* memorandum opinion and order bear on their ability to review the COP, then Plaintiffs reserve the right to request the Court order a supplemental briefing schedule on the same. However, briefing on whether the *RENEW Northeast* memorandum opinion and order bear on this case is premature since Federal Defendants and Defendant-Intervenor continue to hold discussions that could inform the need for reevaluation of the COP approval.  Plaintiff notes that the Court specifically stated that the Bureau of Ocean Energy Management ("BOEM") "'will also need to consider the sufficiency of its environmental review,' including under the National Environmental Policy Act

2

and the National Historic Preservation Act." (Dkt. No. 31). The Town remains committed to an efficient and productive effort to resolve the underlying issues in BOEM's original COP approval.

Defendant-Intervenor respectfully submits that the April 21, 2026 Orders described above are consistent with the positions taken by Defendant-Intervenor in its opposition to remand in this case.  In light of the Federal Defendants' inaction on the COP approval, the Federal Government's failure to issue other required permits, Plaintiff's position, and the discussions referenced above, Defendant-Intervenor does not oppose the continuation of the stay in this case.

May 4, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

  _s/ Kristofor R. Swanson_
  KRISTOFOR R. SWANSON
  United States Department of Justice
  Environment & Natural Resources Division
  Natural Resources Section
  P.O. Box 7611
  Washington, DC 20044-7611
  (202) 598-1937
  kristofor.swanson@usdoj.gov

  *Attorney for Federal Defendants*

  GREGORY ALAN WERKHEISER, Bar ID
  VA210
  CULTURAL HERITAGE PARTNERS,
  PLLC
  1811 East Grace Street, Suite A
  Richmond, VA 23223
  Tel: (202) 567-7594
  Email: greg@culturalheritagepartners.com

*s/ Katherine Lee Sorrell (w/ permission)*
KATHERINE LEE SORRELL
CULTURAL HERITAGE PARTNERS,
PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
Email:
katherine@culturalheritagepartners.com

MARION FORSYTH WERKHEISER
CULTURAL HERITAGE PARTNERS,
PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
Email:
marion@culturalheritagepartners.com

*Attorneys for Plaintiff*


HOLLAND & KNIGHT LLP

By: *s/ Rafe Peterson (w/ permission)*
Rafe Petersen (Bar ID Number: 465542)
Alexandra E. Ward (Bar ID Number:
1687003)
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Rafe.Petersen@hklaw.com
Alexandra.ward@hklaw.com
T: (202) 419-2481
F: (202) 955-5564

*Counsel for Defendant-Intervenor
SouthCoast Wind Energy LLC*

4