IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Town and County of Nantucket,**<br><br>Plaintiff,<br><br>v.<br><br>**Doug Burgum, et al.,**<br><br>Defendants. | Case No. 1:25-cv-00906-TSC |

## FOURTH JOINT STATUS REPORT

The parties submit this fourth joint status report in response to the Court's November 4, 2025, Order (Dkt. No. 31). In that Order, the Court granted Federal Defendants' motion to remand the Department of the Interior's prior approval of the Construction and Operations Plan (COP) for the SouthCoast offshore wind energy project. That prior COP approval is the final agency action that Plaintiff challenges in this Administrative Procedure Act case. In that same November Order, the Court stayed the litigation. *See* Dkt. No. 31.

In the last report (Dkt. No. 35), Federal Defendants and Defendant-Intervenor SouthCoast Wind Energy LLC reported that their respective representatives have held discussions regarding the project and the Outer Continental Shelf lease on which it would be constructed. Federal Defendants also reported on a preliminary injunction issued by the United States District Court for the District of Massachusetts in *RENEW Northeast v. U.S. Department of the Interior*, No. 25-cv-13961-DJC (D. Mass.).

With respect to *RENEW Northeast*, the government there moved for clarification of the preliminary injunction order, which the Court granted in part, and the government then noticed an appeal of the preliminary injunction. As both the discussions with Defendant-Intervenor and the

ultimate outcome of any preliminary or permanent relief in *RENEW Northeast* may affect the circumstances or nature of reevaluation of the COP approval, Federal Defendants are still unable to articulate a timeline for any completion of the remand.

Plaintiff Town of Nantucket (the "Town") respectfully maintains its position expressed in the Second JSR (Dkt. No. 34) that if the discussions between the Federal Defendants and Defendant-Intervenor SouthCoast Wind Energy LLC do not result in an outcome that resolves this case, then it would be appropriate for Federal Defendants to propose a reevaluation timeline that includes review of the COP and meaningful consultation with the Town. Plaintiff again notes that the Court has required the Bureau of Ocean Energy Management ("BOEM") "'to consider the sufficiency of its environmental review,' including under the National Environmental Policy Act and the National Historic Preservation Act." (Dkt. No. 31 at 3). The Town remains committed to an efficient and productive effort to resolve the underlying issues in BOEM's original COP approval.

Defendant-Intervenor maintains the position as outlined in its opposition to remand that there is no legal basis for reconsideration of the COP and that the Federal Defendants' continued inaction with respect to permitting the SouthCoast offshore wind energy project is unlawful. Defendant-Intervenor does not oppose the continuation of the stay in this case.

July 6, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*s/ Kristofor R. Swanson*
KRISTOFOR R. SWANSON
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611

Washington, DC 20044-7611
(202) 598-1937
kristofor.swanson@usdoj.gov

*Attorney for Federal Defendants*

GREGORY ALAN WERKHEISER, Bar ID VA210
MARION FORSYTH WERKHEISER
KATHERINE LEE SORRELL
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
greg@culturalheritagepartners.com
marion@culturalheritagepartners.com
katherine@culturalheritagepartners.com

*s/ Charles N. Curlett, Jr. (w/ permission)*
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW
Ste 1025
Washington, DC 20006
202-567-7594
charles@culturalheritagepartners.com

*Attorneys for Plaintiff*

HOLLAND & KNIGHT LLP

By: *s/ Rafe Petersen (w/ permission)*
Rafe Petersen (Bar ID Number: 465542)
Alexandra E. Ward (Bar ID Number: 1687003)
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Rafe.Petersen@hklaw.com
Alexandra.ward@hklaw.com
T: (202) 419-2481
F: (202) 955-5564

*Counsel for Defendant-Intervenor*
*SouthCoast Wind Energy LLC*