**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOWN AND COUNTY OF NANTUCKET, MASSACHUSETTS,<br>Plaintiff,<br>v.<br>DOUGLAS BURGUM, *et al.*,<br>Defendants. | Case No. 1:25-cv-00906-TSC |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of SouthCoast Wind Energy, LLC ("SouthCoast Wind"), an Intervenor Defendant in the above referenced action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that he is admitted to practice before this Court.

Dated: October 30, 2026
Washington, D.C.

*/s/ Nowell D. Bamberger*
Nowell D. Bamberger (Bar ID: 989157)
nbamberger@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave., NW
Washington, D.C. 20037
T: 202-974-1500

*Attorney for SouthCoast Wind Energy, LLC*